## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE:<br>GREGORY LEE PLOWDEN,<br>    Debtor. | Case No. 24-15539-MCR<br><br>Chapter 13 |

BANK OF NEW YORK MELLON F//K/A THE BANK OF
NEW YORK AS TRUSTEE FOR NATIONSTAR HOME
EQUITY LOAN TRUST 2007-FRE1, Movant,

v.

GREGORY LEE PLOWDEN, Debtor/Respondent,
and
DONNA PLOWDEN, Co-Debtor/Co-Respondent,
and
TIMOTHY P. BRANIGAN, Trustee/Respondent.

### MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY (REAL PROPERTY)

Bank of New York Mellon f//k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-FRE1 ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362(d)(1), for relief from the automatic stay, and pursuant to 11 U.S.C. § 1301(c), for relief from the Co-Debtor stay, with respect to certain real property of the Debtor having an address of 12406 Turtle Dove Place, Waldorf, Maryland 20602 (the "Property"), for all purposes allowed by the Note (defined below), the Deed of Trust (defined below), and applicable law, including but not limited to the right to foreclose.  In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor on July 1, 2024.

2. The Debtor, Gregory Plowden, and Co-Debtor, Donna Plowden, has executed and delivered or are otherwise obligated with respect to that certain Adjustable Rate Note in the original principal amount of $234,400.00 (the "Note").  A copy of the Note is attached hereto.

3. Pursuant to that certain Purchase Money Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtor, Gregory Plowden, and Co-Debtor, Donna Plowden, under and with respect to the Note and the Deed of Trust are secured by the Property.  The lien created by the Deed of Trust was perfected by recording of the Deed of Trust in the office of the Clerk of the Circuit Court of Charles County, Maryland.  A copy of the recorded Deed of Trust is attached hereto.

4. Effective on or about February 8, 2014, the terms of the Note and Deed of Trust were modified by a Home Affordable Modification Agreement (the "Loan Modification Agreement"). A copy of the Loan Modification Agreement is attached hereto.

5. The Debtor was in default at the time the present bankruptcy was filed. The Debtor owed prepetition arrears of $40,754.78. The prepetition arrearage is detailed in the Movant's Proof of Claim.

6. Bank of New York Mellon f//k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-FRE1 directly or through an agent, has possession of the Note and held the Note at the time of filing of the Movant's Motion for Relief from the Stay. The Note is made payable to Bank of New York Mellon f//k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-FRE1 or the Note has been duly indorsed.

7. As of November 6, 2024, the estimated outstanding Obligations are:

| | |
|---|---|
| Unpaid Principal Balance | $160,340.41 |
| Unpaid Accrued Interest | $15,879.48 |
| Deferred Principal | $78,928.42 |
| NSF Fees | $0.00 |
| Uncollected Late Charges | $0.00 |
| Taxes and Insurance Payments on behalf of Debtor | $9,292.70 |
| Other Fees and Costs | $7,735.59 |
| Less Partial Payments | $-1,091.25 |
| Minimum Outstanding Obligations | $271,085.35 |

8. The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed by the Debtor as of November 6, 2024.

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 3 | 09/01/2024 | 11/01/2024 | $1,423.29 | $4,269.87 |
| Less post-petition partial payments (suspense balance): | | | | $-1,000.00 |

**Total Post-petition Payments:** **$3,269.87**

9. A post-petition payment history is attached hereto.

10. In addition to the other amounts due to Movant reflected in this Motion, as of the

date hereof; in connection with seeking the relief requested in this Motion, Movant has also incurred $1,050.00 in legal fees and $199.00 in costs.

11. Based upon the Schedules of the Debtor, the claims filed, and the amount of the Obligations described herein, the aggregate amount of encumbrances on the Property is $325,272.55.

12. The estimated market value of the Property is $363,000.00. The basis for such valuation is the Debtors Schedules.

13. Cause exists for relief from the automatic stay, pursuant to 11 U.S.C. § 362(d)(1), for the following reasons:

(a) Movant's interest in the Property is not adequately protected.

(b) The Debtor has failed to make the proposed post-petition payments.

14. Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has little to no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay for all purposes allowed by the Note, the Deed of Trust, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. Relief from the co-debtor stay imposed by 11 U.S.C § 1301(a).

3. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

4. For such other relief as the Court deems proper.

Date: 11/14/2024                                                      Respectfully Submitted,
                                                                      BWW Law Group, LLC

                                                                      */s/ Eric VandeLinde*
                                                                      Eric VandeLinde, Esq., Bar No. 21205
                                                                      6003 Executive Blvd, Suite 101
                                                                      Rockville, MD  20852
                                                                      301-961-6555; 301-961-6545 (facsimile)
                                                                      bankruptcy@bww-law.com
                                                                      *Attorney for the Movant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from Automatic Stay, and Motion for Relief from Co-Debtor Stay, will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Trustee             James R. Logan, Attorney

I hereby further certify that on this 14th day of November, 2024, a copy of the foregoing Motion for Relief from Automatic Stay, and Motion for Relief from Co-Debtor Stay, was also mailed first class mail, postage prepaid, to:

Gregory Lee Plowden             Donna Plowden
12406 Turtle Dove Place         12406 Turtle Dove Place
Waldorf, MD 20602               Waldorf, MD 20602

*/s/ Eric VandeLinde*
Eric VandeLinde, *Attorney for the Movant*

*BWW#:MD-365149*