**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

| | |
|---|---|
| IN RE:<br>GREGORY LEE PLOWDEN,<br>    Debtor.<br>_____<br>BANK OF NEW YORK MELLON F//K/A THE BANK OF NEW YORK AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-FRE1, Movant,<br>v.<br>GREGORY LEE PLOWDEN, Debtor/Respondent,<br>and<br>DONNA PLOWDEN, Co-Debtor/Co-Respondent,<br>and<br>TIMOTHY P. BRANIGAN, Trustee/Respondent. | Case No. 24-15539-MCR<br><br>Chapter 13 |

**FIRST NOTICE OF NON-COMPLIANCE**
**RE: 12406 TURTLE DOVE PLACE, WALDORF, MD 20602**

NOTICE IS HEREBY GIVEN by Bank of New York Mellon f//k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-FRE1 (the "Movant") through the undersigned counsel, that Gregory Lee Plowden (the "Debtor") is in default and failed to comply with the terms of this Court's Order dated December 27, 2024. Movant hereby files this First Notice of Non-Compliance (the "First Notice"), and respectfully represents as follows:

1. An Agreed Order Modifying Stay as it Applies to Real Property was entered by the Court in this case on December 27, 2024 (the "Agreed Order") (ECF No. 41).

2. The Debtor is in default under the terms of the Agreed Order. The Debtor has failed to make the following payments required by the terms of the Agreed Order (the "Default"):

| | |
|---|---|
| January 1, 2025 Monthly Payment | $1,423.29 |
| January 15, 2025 Stipulation Payment | $990.36 |
| February 1, 2025 Monthly Payment | $1,423.29 |
| February 15, 2025 Stipulation Payment | $990.36 |
| Suspense: | ($0.00) |
| Total: | $4,827.30 |

3. Pursuant to the terms of the Agreed Order, the Debtor must take one of the following actions within fifteen (15) days of the date of this First Notice (the "Cure Period"): i) cure the default by tendering $4,827.30 to the Movant in certified funds or cashier's check or ii) file an

BWW#:MD-365149

objection with the Court stating no default exists.

4.Any cure of the Default must include payment of all amounts set forth herein, as well as any payments which have subsequently become due under the terms of the Agreed Order and any amounts that are due at the time the Debtor cures the Default.  Acceptance of partial payment by the Movant during the Cure Period shall not constitute a satisfaction or waiver of the First Notice. Any and all payments should be made payable to the Movant at the following address:

Nationstar Mortgage LLC<br>
Bankruptcy Department<br>
P.O. Box 619094<br>
Dallas, TX 75261-9741

5.Pursuant to the terms of the Agreed Order, failure by the Debtor to take the appropriate action within the Cure Period will result in TERMINATION of the automatic stay.

Respectfully Submitted,

Dated: February 19, 2025_____/s/ Gregory C. Mullen_____
Gregory Mullen, Esq., Bar No. 29635
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
P: 301-961-6555, F: 301-961-6545
bankruptcy@bww-law.com
*Counsel for the Movant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing First Notice of Non-Compliance will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, TrusteeJames R Logan, Esq.

I hereby further certify that on this 19th day of February, 2025, a copy of the foregoing First Notice of Non-Compliance was also mailed first class mail, postage prepaid, to:

| | |
|---|---|
| Donna Plowden<br>12406 Turtle Dove Place<br>Waldorf, MD 20602 | Gregory Lee Plowden<br>12406 Turtle Dove Place<br>Waldorf, MD 20602 |

_____/s/ Gregory C. Mullen_____
Gregory Mullen, Esq.

BWW#:MD-365149