Entered: March 21st, 2025
Signed: March 20th, 2025

**SO ORDERED**

This Order may not be binding on a Chapter 7 trustee in the event the case is converted to Chapter 7. Perkins v. Perkins (In re Perkins), 36 B.R. 618 (Bankr. M.D. Tenn. 1983).



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| GREGORY LEE PLOWDEN | * | CASE NO.: 24-1-5539-MCR (Chapter 13) |
| | * | |
| Debtor | | |
| * * * * * * | * | |
| | * | |
| ALLY BANK | | |
| | * | |
| Movant | | |
| | * | |
| v. | | |
| | * | |
| GREGORY LEE PLOWDEN DONNA PLOWDEN | * | |
| Respondents | * | |

* * * * * * * * * * * * * *

**CONSENT ORDER MODIFYING AUTOMATIC STAY AND CO-DEBTOR STAY**

Upon consideration of the Motion Seeking Relief From Automatic Stay And Co-Debtor Stay and to Reclaim Property filed by Ally Bank, the Movant, with regard to the vehicle subject to its purchase money security interest, namely, one 2015 Ford Taurus Sedan 4D SEL 3.5L V6, V.I.N # 1FAHP2E8XFG103876; and Movant and the

Debtor, Gregory Lee Plowden, having agreed to the terms of this Consent Order and no objection thereto have been filed by the Co-Debtor, Donna Plowden; it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Automatic Stay and Co-Debtor Stay be, and it hereby is, terminated to allow Movant to exercise and enforce its state law and contractual rights and remedies with regard to the above-described vehicle; and it is further

ORDERED, that Movant shall dispose of said vehicle in a commercially reasonable manner and shall pay any surplus sale proceeds to the Respondents; and it is further

ORDERED, that Movant shall not exercise or enforce its state law and contractual rights and remedies with regard to the vehicle if the Debtor does the following:

a. Cures the post petition arrearages in the amount of $2,994.32 by paying Movant $499.05 by March 20, 2025, by paying Movant $499.05 by April 20, 2025, by paying Movant $499.05 by May 20, 2025, by paying Movant $499.05 by June 20, 2025, by paying Movant $499.05 by July 20, 2025, and by paying Movant $499.05 by August 20, 2025; and

b. Resumes regular monthly contractual payments in the amount of $467.54 each to Movant, commencing March 5, 2025 and continuing on the 5th day of each consecutive following month until the full amount owed under the contract for purchase of the vehicle has been paid; and

c. Maintains a policy of comprehensive physical damage property insurance on the aforesaid vehicle, which protects Movant's interests therein and provides

Movant with proof of the same by March 20, 2025 and within ten days of any subsequent request thereof.

AND IT IS FURTHER ORDERED, that if the Debtor fails to make any of the payments described above in full and on time, or fails to provide Movant with proof of insurance or maintain such insurance, as described in paragraph c above, then Movant may immediately exercise and enforce its state law and contractual rights and remedies with regard to the vehicle without further proceedings in this Court after filing a notice of any such default and serving the same on the Debtor and the Debtor's counsel, giving the Debtor ten days from the date of such notice to cure such default (limited to one such notice).

AND IT IS FURTHER ORDERED, that if the Debtor's Chapter 13 case is dismissed or converted to Chapter 7, then Movant may immediately exercise and enforce its state law and contractual rights and remedies with regard to the vehicle, without further proceedings in this Court, unless all defaults in payments are immediately and fully cured.

AND IT IS FURTHER ORDERED, that the Debtor having waived the application of F.R.Bankr.P. 4001(a)(3), this Order shall be enforceable on the date of its entry.

The undersigned hereby agree to the terms of the foregoing Consent Order Modifying Automatic Stay and Co-Debtor Stay.

| | |
|---|---|
| /s/ James R. Logan_____ | /s/ Michael J. Klima, Jr._____ |
| James R. Logan | MICHAEL J. KLIMA, JR. #25562 |
| 2419 Maryland Avenue | 8028 Ritchie Highway |
| | Suite 300 |
| Baltimore, MD 21218 | Pasadena, MD 21122 |
| 410-243-1508 | (410)768-2280 |
| Attorney for Debtor | Attorney for Movant |
| | Attorney File No.: 25-50519-0 |

I HEREBY CERTIFY, that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original Consent Order.

                /s/ Michael J. Klima, Jr.
                Michael J. Klima, Jr.

cc:    Michael J. Klima, Jr.
       8028 Ritchie Hwy S-300
       Pasadena, MD 21122

       Gregory Lee Plowden
       12406 Turtle Dove Place
       Waldorf, Maryland 20602

       James R. Logan, Esq.
       2419 Maryland Avenue
       Baltimore, MD 21218

       Timothy P. Branigan, Esquire
       Chapter 13 Trustee
       9891 Broken Land Parkway
       Suite 301
       Columbia, MD 21046

**End of Order**